

NOTE: Plaintiff's counsel advised the Court this document would not attached to their e-mail, so that the Court could process said order by electronic filing. Law office was permitted to submit said Order by paper, this time only.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WILLIAM H. MONROE, JR., Personal Representative of the Estate of JAMES KNIGHT ROGERS, Deceased : : : : Plaintiff, : : v. : : BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, As Successor In Interest To ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, A Corporation And Does 1-100 : Defendants. : | CIVIL ACTION NO. CIV-F-03-6389 OWW/SMS ASBESTOS CASE |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI) _____ X This Document Relates To: William H. Monroe, Jr., Personal Representative Of The Estate Of James Knight Rogers, Deceased v. Burlington Northern And Santa Fe Railway Company, As Successor In Interest To Atchison, Topeka & Santa Fe Railway Company, A Corporation And Does 1-100 (C.A. No. CIV-F-03-6389 DWW/SMS) | CIVIL ACTION NO. MDL 875 |

FILED 2005 DEC -7 P 3:55 CLERK US DIST. COURT EA. DIST. CALIF BY___

## ORDER

THIS MATTER came on this day before the Court pursuant to a Motion to Substitute Parties and Amend Complaint, and that the Court being of the opinion that the requested relief should be granted, it is accordingly,

ORDERED that William H. Monroe, Jr., Personal Representative of the Estate of James Knight Rogers, Deceased, be substituted as Plaintiff in the place of James Knight Rogers.

THAT the complaint as originally filed by James Knight Rogers be continued on the

1 | docket,

2 | THAT William H. Monroe, Jr., shall be granted leave to file forthwith an Amended
3 | Complaint setting forth causes of action for the wrongful death of James Knight Rogers,
4 | Deceased.

5 | THAT any Defendant who has previously filed an Answer to the original Complaint in
6 | this matter will be deemed to have adopted that Answer to the Amended Complaint, without
7 | being required to file any further pleading; such Defendants are also deemed to deny any new
8 | allegations in the Amended Complaint; any such Defendant, however, may file a new Answer if
9 | it desires to do so.
10 | ENTERED this 7th day of December, 2005.

The Honorable Sandra M. Snyder
United States District Court Judge

I ASK FOR THIS:

Counsel for the Plaintiff

SEEN AND AGREED:

Counsel for the Defendant